# EXHIBIT A

Donovan Evans vs. D.H.L Supply Chain
19-CI-01131 DIV I
Send all mail to ~~[redacted]~~
~~[redacted]~~
Room 122 1651 University Blvd
Jackson, MS. 39204

Donovan Evans
11-07-2019

**FILED**
NOV 25 2019
FRANKLIN CIRCUIT COURT
AMY FELDMAN, CLERK

| AOC-105  Doc. Code: CI <br> Rev. 1-07 <br> Page 1 of 1 <br> Commonwealth of Kentucky <br> Court of Justice  www.courts.ky.gov <br> CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 19-CI-01131 <br> Court ☑ Circuit ☐ District <br> County Franklin |
|---|---|---|

**PLAINTIFF**

DONOVAN            EVANS
311 W. SECOND STREET

FRANKFORT        Kentucky        40601

VS.

**DEFENDANT**

DHL SUPPLY CHAIN
1509 LEESTOWN ROAD

FRANKFORT        Kentucky        40601

**Service of Process Agent for Defendant:**

_____

_____

_____

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you in this Court** demanding relief as shown on the document delivered to you with this ... de by you or by an attorney on ... by default may be taken against you

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DHL Supply Chain
1509 Leestown Road
Frankfort KY 40601

19-CI-1131-Div.I

9590 9402 3419 7227 9401 67

2. Article Number (Transfer from service label)
7018 1830 0000 1321 3655

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _laf60m_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jeff Owen

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FILED
NOV 18 2019
FRANKLIN CIRCUIT COURT
AMY FELDMAN, CLERK

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

Service™
MAIL® RECEIPT
ion, visit our website at www.usps.com
ICIAL USE

19-CI-1131
Supply Chain

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

RECEIVED NOV 0 4 2019 FRANKLIN CIRCUIT COURT AMY FELDMAN, CLERK

FILED NOV 14 2019 FRANKLIN CIRCUIT COURT AMY FELDMAN, CLERK

Donovan Evans vs. DHL ~~Supply Chain~~ Chain Supply Supply Chain

19-CI-01131 DIV I

Unknown woman is Michelle

I Donovan Evans was at DHL Chain Supply to get a Jod on Oct. 31-2019. A woman talk to me name unknown say to me get on the Bus on ~~Oct.~~ 3 Nov. 01. 2019 I will have a Jod. The Jod pay 10.50 per 60 min. I ask For $7.25 per 60 min. So When I was Working on the ~~Lia~~ on the Jod She woman name unkown white wome say she did not say for me to come to DHL to work. I was made. I say to the woman Yes you did say I come to work today I need a Jod this is ~~yor~~ way I put in ~~I~~ my Appoication. So she 'On I did not you can go ~~now ho~~ So I ask for the money I work on ~~&~~ Nov. 01. 2019 I Donovan Evans was pay with a $25 Gift Card I was made I feel killing I will like to file a Law Sut. For ~~Called~~ Claim of non-wage garnishment Emotional Stress Mental Distress. I Cryed When I talk to the sheriff ~~Dou~~ Due to Emotional stress I am Demanding a lie Detector test. The Relief I seek is $9 Trillon Dollars. Donovan Evans 11-01-19.

Donovan Evans vs DAL Supply Chain ~~Erain Supply~~

Sudpeona For Video An Appoicetion

I Donovan Evans am asy for a Sudpeona For the video of Novol.19 an Otd.31.19 Due to the mental Distress Emotional Stress non-Wage garnishment Claim An also Sudpeona for the Appication.

Donovan Evans   Nov. 01. 2019

Donovan Evans VS DHL ~~Chata Supply~~ Supply Chain

The Unknown woman name is Michelle I am Demand for a Lie Detector test. Due to she lie say she did not say I come to work. Due to non pay of money or Cash Access Due to a non reloadable $~~20~~25.00 Gift Card was given to me as Pay.

Donovan Evans
NOV-01-2019

## Cardholder Agreement

### IMPORTANT – PLEASE READ CAREFULLY

**IMPORTANT – BE SURE TO PROVIDE THE GIFT CARD RECIPIENT THIS CARDHOLDER AGREEMENT.**

**TO PROTECT THE MONEY LOADED TO THIS CARD, THE GIFT CARD RECIPIENT SHOULD REGISTER IT WITH US**

### Terms and Conditions/Definitions for the Visa® Gift Card

This document constitutes the agreement ("Agreement") between you, Sunrise Banks, N.A., and Blackhawk Network, California, Inc., outlining the terms and conditions under which the Visa Gift Card has been issued to you. By accepting and using the Card, you agree to be bound by the terms and conditions contained in this Agreement. "Card" means the Visa Gift Card issued to you by Sunrise Banks, N.A., St. Paul, MN 55103, Member FDIC, and distributed and serviced by Blackhawk Network California, Inc. "Issuer" means Sunrise Banks, N.A. or its respective institution affiliate. The Issuer is an FDIC insured member institution. "Card Account" means the records we maintain to account for the value of claims associated with the Card. "You" and "your" mean the person(s) to whom the Card is issued and any authorized user of the Card as provided for in this Agreement. "Program Manager" means Blackhawk Network California, Inc. This Card is distributed and serviced by Blackhawk Network California, Inc., pursuant to an agreement with Sunrise Banks. "We", "us," and "our" mean the Issuer, the Program Manager, and the successors, affiliates or assignees of each. You acknowledge and agree that the value available in the Card Account is limited to the funds that you have loaded into the Card Account or have been loaded into the Card Account on your behalf. You agree to sign the back of the Card immediately upon receipt. The expiration date of the Card is identified on the front of your Card. The Card is a prepaid card. The funds in your Card Account associated with your Card are not held on your Card; instead, they are pooled with funds of other cardholders and held by the Program Manager in an account with the Issuer for your benefit, with the balance of such funds to be reduced through your use of such funds in accordance with the terms of this Agreement. The Program Manager holds the funds in your account in trust for you and is your agent solely with respect to the payment processing services it will provide for the Card. The Card is not connected in any way to any other account. The Card is not a credit card. The Card is not for resale. You will not receive any interest on your funds in the Card Account. You will not receive the property of the Issuer and must be surrendered upon demand. The Card is nontransferable and it may be cancelled, repossessed, or revoked at any time without prior notice subject to applicable law. The Card is not designed for business use, and we may close your Card if we determine that it is being used for business purposes. We may refuse to process any transaction that we believe may violate the terms of this Agreement.

Our business days are Monday through Friday, excluding federal holidays, even if we are open. Any references to "days" found in this Agreement are calendar days unless indicated otherwise.

Write down your Card number and the customer service phone number provided in this Agreement on a separate piece of paper in case your Card is lost, stolen, or destroyed. Keep the paper in a safe place. Please read this Agreement carefully and keep it for future reference.

### Activate Your Card

Your Card should be active when you receive it. You may begin using the Card as soon as you receive it. If you experience difficulty when using your Card, please call us at 1 (888) 524 1283.

### Personal Identification Number

You will receive a Personal Identification Number ("PIN") with your Card Account. When you receive your Card, your PIN will be the last four digits of the Card number. For security, we suggest you change your PIN so that only you will know it. To change your PIN, call 1 (888) 524-1283 or visit www.giftcardmall.com/mygift. You should not write or keep your PIN with your Card. Never share your PIN with anyone. When entering your PIN, be sure it cannot be observed by others and do not enter your PIN into any terminal that appears to be modified or suspicious. If you believe that anyone has gained unauthorized access to your PIN, you should advise us immediately following the procedures in the paragraph labeled "Your Liability for Unauthorized Transfers."

### Authorized Card Users

You are responsible for all authorized transactions initiated and fees incurred by use of your Card. If you permit another person to have access to your Card or Card number, we will treat this as if you have authorized such use and you will be liable for all transactions and fees incurred by those persons. You are wholly responsible for the use of each Card according to the terms and conditions of this Agreement.

### Secondary Cardholder

You may not request an additional Card for another person.

### Cash Access

You may not use your Card to obtain cash from an Automated Teller Machine ("ATM"), Point-of-Sale ("POS") device, or by any other means. You may not use your Card at an ATM.

### Loading Your Card Account

Your Card and Card Account are non-reloadable. For pre-denominated Cards, the maximum value of the Card is identified on the front of the Card. You may also obtain the value of your Card, whether it's a pre-denominated or variable denomination Card, by calling 1 (888) 524 1283 or visiting www.giftcardmall.com/mygift. You will have access to your funds as soon as your Card is activated (see "Activate Your Card" above).

### Using Your Card/Features

The maximum amount that can be spent on your Card per day is the balance of the Card Account. You may use your Card to purchase or lease goods or services in the United States and District of Columbia everywhere Visa debit cards are accepted as long as you do not exceed the value available in your Card Account. The Card may not be used outside of the United States and District of Columbia including Internet and mail or telephone order merchants outside of the United States and District of Columbia. Some merchants do not allow cardholders to conduct split transactions where you would use the Card as partial payment for goods and services and pay the remainder of the balance with another form of legal tender. If you wish to conduct a split transaction and it is permitted by the merchant, you must tell the merchant to charge only the exact amount of funds available in the Card Account to the Card. You must then arrange to pay the difference using another payment method. Some merchants may require payment for the remaining balance in cash. If you fail to inform the merchant that you would like to complete a split transaction prior to swiping your Card, your Card is likely to be declined.

**If you use your Card at an automated fuel dispenser ("pay at the pump"), the merchant may preauthorize the transaction amount up to $100.00 or more. If your Card is declined, even though you have sufficient funds available, pay for your purchase inside with the cashier. If you use your Card at a restaurant, a hotel, for a car rental purchase, or for similar purchases, the merchant may preauthorize the transaction amount for the purchase amount** plus up to 20% or more to ensure there are sufficient funds available to cover tips or incidental expenses incurred. Any preauthorization amount will place a "hold" on your available funds until the merchant sends us the final payment amount of your purchase. Once the final payment amount is received, the preauthorization amount on hold will be removed. It may take up to seven (7) days for the hold to be removed. **During the hold period, you will not have access to the preauthorized amount.**

If you use your Card number without presenting your Card (such as for a mail order, telephone, or Internet purchase), the legal effect will be the same as if you used the Card itself. For security reasons, we may limit the amount or number of transactions you can make with your Card or Card Account. Your Card cannot be redeemed for cash. You may not use your Card for online gambling or any illegal transaction.

Each time you use your Card, you authorize us to reduce the value available in your Card Account by the amount of this transaction and any applicable fees. You are not allowed to exceed the available amount in your Card Account through an individual transaction or a series of transactions. Nevertheless, if a transaction exceeds the balance of the funds available in your Card Account, you shall remain fully liable to us for the amount of the transaction and any applicable fees.

You do not have the right to stop payment on any purchase or payment transaction originated by use of your Card. You may not make preauthorized regular payments from your Card Account. If you authorize a transaction and then fail to make a purchase of that item as planned, the approval may result in a hold for that amount of funds for up to thirty (30) days. All transactions relating to car rentals may result in a hold for that amount of funds for up to sixty (60) days.

### Registering Your Card for Certain Purchases

If you wish to make online, mail, or telephone order purchases, you should first visit www.giftcardmall.com/mygift and register your Card. Some online, mail, and telephone order merchants require that certain personal information, such as your name and address, be on file with the Card issuing bank prior to approving a purchase. Therefore, unless you register your Card in advance, these types of merchants might decline your purchase even if there are sufficient funds in your Card Account.

### Returns and Refunds

If you are entitled to a refund for any reason for goods or services obtained with your Card, you agree to accept credits to your Card Account for such refunds and agree to the refund policy of that merchant. The Issuer is not responsible for the delivery, quality, safety, legality or any other aspects of goods or services that you purchase from others with a Card. All such disputes must be addressed and handled directly with the merchant from whom those goods or services were provided.

### Card Replacement

If you need to replace your Card for any reason, please contact us at 1 (888) 524 1283 to request a replacement Card. You will be required to provide personal information which may include your 16-digit Card number, full name, transaction history, and other relevant information.

### Expiration

Your Card will expire when the "valid thru" date printed on the front of your Card has passed. Your Card will expire no sooner than five (5) years from the date of purchase. The funds in the Card Account do not expire. You will not be able to use your Card after the expiration date; however, you may request a replacement Card at no cost to you by following the procedures in the paragraph labeled "Card Replacement".

### Transactions Made In Foreign Currencies

You may not make transactions in foreign currencies. Your Card may only be used within the fifty (50) U.S. states including the District of Columbia.

### Receipts

You should get a receipt at the time you make a transaction using your Card. You agree to retain, verify, and reconcile your transactions and receipts.

### Card Account Balance/Periodic Statement

You are responsible for keeping track of your Card Account available balance. Merchants generally will not be able to determine your available balance. It's important to know your available balance before making any transaction. You may access your available balance by calling 1 (888) 524-1283. Statements in electronic format will be made available free of charge at www.giftcardmall.com/mygift. You may choose to have a paper statement mailed to you by contacting us each time at 1 (888) 524 1283 or writing to Customer Service, 10615 Professional Circle, Suite 102, Reno NV 89521.

### Fee Schedule

The Card has no fees after purchase.

### Information Given to Third Parties

We may collect and disclose information (including personally identifiable information) to third parties about you, your Card and the transactions related to your Card ("Cardholder Information").

They types of information we may collect includes:

(i) Information about purchases made with the Card, such as date, amount and place of purchase;

(ii) Information you provide to us when you apply for a Card or for replacement Cards, when you register your card, or when you contact us with customer service issues, such as name, address, and phone number.

The types of information we may disclose include:

(i) where it is necessary or helpful for completing a transaction; (ii) in order to verify the existence and condition of the Card to a third party (e.g., a merchant); (iii) in order to comply with law or to comply with requirements of any government or court order; (iv) if you give us your written consent; (v) to service providers who administer the Card or perform data processing, records management, collections, and other similar services; (vi) in order that they may perform those services; (vii) in order to prevent, investigate or report possible illegal activity; (vii) in order to issue authorizations for transactions on the Card; and (viii) as otherwise permitted by law. When you are no longer our customer, we continue to share your information as described in this note.

T&C Univ 1118



COMMONWEALTH OF KENTUCKY
48TH JUDICIAL CIRCUIT
FRANKLIN CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 19-CI-01131



ENTERED
NOV 1 4 2019
FRANKLIN CIRCUIT COURT
AMY FELDMAN, CLERK

DONOVAN EVANS                                                                    PLAINTIFF

v.

DHL SUPPLY CHAIN                                                                DEFENDANT

## ORDER

This matter is before the Court upon Petitioner's Motion to Proceed *In Forma Pauperis*. Upon review of the supporting documentation, and after being sufficiently advised, this Court hereby **GRANTS** Petitioner's request to proceed in forma pauperis.

According to KRS 453.190, "[a] court shall allow a poor person residing in this state to file or defend any action or appeal therein without paying costs." The statute defines "poor person" as one who "is unable to pay the costs and fees of the proceeding in which he is involved without depriving himself or his dependents of the necessities of life, including food, shelter, or clothing." After reviewing the Plaintiff's affidavit and papers, the Court hereby finds that Petitioner is a "poor person" as defined by KRS 453.190(2), and he shall therefore be allowed to proceed in forma pauperis. Based on the above findings of fact, court costs in the present matter are hereby waived.

So **ORDERED**, this ___14___ day of November, 2019.

_____
PHILLIP J. SHEPHERD, JUDGE
Franklin Circuit Court, Division I

1

DISTRIBUTION:

Donovan Evans
311 W. 2nd Street
Frankfort, KY 40601

| | |
|---|---|
| AOC-026 Doc. Code: AFP | Case No. **19-CI-01131** |
| Rev. 10-18 | Court **Circuit** |
| Page 1 of 3 | County **Franklin** |
| Commonwealth of Kentucky | |
| Court of Justice www.courts.ky.gov | Division **I** |
| KRS 453.190; CR 5.05(4) | |

**MOTION FOR WAIVER OF COSTS AND FEES AND TO PROCEED IN FORMA PAUPERIS; AFFIDAVIT; FINANCIAL STATEMENT; AND ORDER**

**Donovan Evans** PLAINTIFF/PETITIONER

VS.

**DHL e Supply Chain** DEFENDANT/RESPONDENT

FILED NOV 0 4 2019
FRANKLIN CIRCUIT COURT
AMY FELDMAN, CLERK

**Motion for Waiver of Costs and Fees:** Affiant is unable to pay the costs and fees of this action and hereby requests that the Court waive them and allow Affiant to proceed *in forma pauperis.*

Affiant hereby submits the following information in support of the above Motion.

NAME: **Donovan Evans**
ADDRESS: **311 W 2nd Frankfort, Ky. 40601**
DOB: **10-08-1987**   Telephone: **(601) 329 8436**

### I. MONTHLY INCOME/MONTHLY EXPENSES

1. Are you employed? ☐ Yes, full-time. ☐ Yes, part-time. ☒ No.
Employer name and address: _____

2. Marital status: **No**   If married, spouse's name: _____
3. Number of dependents (children, elderly, or disabled): **0**   Relationship: ____   Age(s): ____
4. If married, is spouse employed? ☐ Yes ☒ No. If yes, include spouse's income and expenses below unless this is a divorce proceeding.

| Monthly Income | | Monthly Expenses | |
|---|---|---|---|
| Gross salary (before deductions) | $ 700.00 | ☐ Mortgage ☒ Rent payment | $ 500.00 |
| Public/Gov't assistance: | $ 83.00 | Utilities (electric/gas) | $ 0.00 |
| Food stamps/SNAP | $ 0.00 | Water/Sewer/Trash | $ 0.00 |
| TANF | $ 0.00 | Food | $ 183.00 |
| K-TAP | $ 0.00 | Phone(s) (landline and/or cell) | $ 15.00 |
| KCHIP | $ 0.00 | Internet | $ 0.00 |
| LIHEAP | $ 0.00 | Cable/Satellite | $ 0.00 |
| WIC | $ 0.00 | Transportation | $ 20.00 |
| Child Care Assistance | $ 0.00 | Clothing/Shoes | $ 50.00 |
| Foster care | $ 0.00 | Vehicle payment(s) | $ 0.00 |
| Other ____ | $ 0.00 | Insurance (vehicle, health, house/renter's) | $ 10.00 |
| Social Security (SSI/SSD) | $ 0.00 | Credit card payment(s) | $ 10.00 |
| Worker's Compensation | $ 0.00 | Unreimbursed childcare | $ 0.00 |
| Unemployment | $ 0.00 | Tuition/student loans | $ 0.00 |
| Retirement/Pension | $ 0.00 | Medical/Dental payments/installments | $ 0.00 |
| Child support | $ 0.00 | Child support | $ 0.00 |
| Maintenance/Alimony | $ 0.00 | Other ____ | $ 0.00 |
| Stocks, trusts, bonds | $ 0.00 | | |
| Student financial aid | $ 0.00 | | |
| Other ____ | $ 0.00 | | |
| **5. TOTAL MONTHLY INCOME** | $ 0.00 | **6. TOTAL MONTHLY EXPENSES** | $ 0.00 |

## II. ASSETS / DEBTS

**Assets**
- Cash on hand $0.00
- Bank accounts
  - Checking $0.00
  - Savings $0.00
  - Other _____ $0.00
- Value of home (if homeowner) $0.00
- Value of other real estate owned (please list)
  - _____ $0.00
  - _____ $
  - _____ $
- Value of vehicle(s) in working order
  - (1) Yr/Make N/A $0.00
  - (2) Yr/Make _____ $
  - (3) Yr/Make _____ $
- Value of personal possessions (i.e., jewelry, boat)
  - _____ $0.00
  - _____ $0.00
  - _____ $0.00
  - _____ $0.00

**Debts / Outstanding balances owed**
- Home loan, if homeowner $0.00
- Vehicle loan(s) $0.00
- Credit card(s) $0.00
- Student loan(s) $0.00
- Medical $0.00
- Other _____ $0.00
- Other _____ $0.00
- Other _____ $0.00
- Other _____ $0.00
- Other _____ $0.00

**7. TOTAL ASSETS** $0.00

**8. TOTAL DEBTS** $0.00

9. Additional comments:
_____
_____
_____

11-01-19
Date

Affiant's Signature: Donovan Evans

Affiant's Name (print or type): Donovan Evans

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2_____

My Commission Expires: _____

Attesting Officer or Notary's Signature